AO 440 (Revised 06/12) Summons in A Civil Case

# UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| SC Telco Federal Credit Union Services Corp., | )<br>)<br>) |
| Plaintiff, | ) Civil Action No.: 6:16-cv-00653-MGL<br>)<br>) |
| v. | )<br>) |
| SCTELCO & Leasing, LLC,<br>SCTELCO & Leasing #2, LLC, and Jad Abunijem, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## SUMMONS IN A CIVIL ACTION

TO:    SCTELCO & Leasing, LLC
c/o Jad Abunijem, Registered Agent
1148 White Horse Road
Greenville, SC 29605

SCTELCO & Leasing #2, LLC
c/o Jad Abunijem, Registered Agent
5 Donaldson Road
Greenville, SC 29605

Jad Abunijem
19 Butler Crossing Drive
Mauldin, SC 29662

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are in the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Hunter S. Freeman
McNair Law Firm, P.A.
Post Office Box 447
Greenville, SC 29602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must file your answer or motion with the court.

Robin L. Blume
*Clerk of Court*

Date: _____March 02, 2016_____

_____s/Ashley Buckingham_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12) Summons in a Civil Action

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (1))*

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                        *Date*                                          *Signature of Server*

                                                          _____
                                                          *Address of Server*

GREENVILLE 340497v1

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

GREENVILLE 340497v1